UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jonathan Andrew Perfetto

    v.                                                    Case No. 20-cv-528-PB

Angela Poulin, et. al.


ORDER

    No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 14, 2023 and dismiss the following parties in this case: Northern New Hampshire Correctional Facility (NCF) Media Generalist Angela Poulin, NCF Sgt. Swett, whose first name is unknown (FNU), and NCF Hearings Officer FNU Fortier, and NCF Capt. Jeff Smith.

    "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/Paul Barbadoro
                                            Paul J. Barbadoro
                                            United States District Judge

Date: March 15, 2023

cc: Jonathan Andrew Perfetto, pro se
    Counsel of Record